■ In its denial, the district court found that Intervenor satisfied the first three parts of the Rule 24(a)(2) test, but that it had failed to show that "the existing parties may not adequately represent the applicant's interest." Fed.R.Civ.P. 24(a)(2). Where "the government is acting on behalf of a constituency it represents," as it is here, this court assumes that the government will adequately represent that constituency. *Prete,* 438 F.3d at 956; *see also Arakaki v. Cayetano,* 324 F.3d 1078, 1086 (9th Cir.2003). In order to overcome this presumption, the would-be intervenor must make a "very compelling showing" that the government will not adequately represent its interest. *Id.* at 1086.

Intervenor contends that the district court relied on the wrong precedent in requiring it to make a "very compelling showing." It urges that the court should have followed *Sagebrush Rebellion, Inc. v. Watt,* 713 F.2d 525 (9th Cir.1983), rather than *Prete.* But *Sagebrush Rebellion* is not analogous to this case.

*Sagebrush Rebellion* turns on the lack of any real adversarial relationship between the plaintiffs and the defendants. That is not the situation here. Nothing in the record before us suggests that defendants are unwilling or unable to defend Proposition 200. Indeed, they have done so at every level of the federal courts. The district court applied the correct precedent and did not err in denying Yes on Proposition 200's motion to intervene as of right.

The order of the district court denying preliminary injunctive relief and denying the motion to intervene is AFFIRMED.

Tyler Chase HARPER, a minor, by and through his parents Ron and Cheryl HARPER; Ron Harper; Cheryl Harper; Keslie K. Harper, a minor, by and through her parents Ron and Cheryl Harper, Plaintiffs–Appellants,

v.

POWAY UNIFIED SCHOOL DISTRICT; Jeff Mangum; Linda Vanderveen; Penny Ranftyle; Steve McMillan; Andy Patapow, All Individually and in their official capacity as Members of the Board of the Poway Unified School District; Donald A. Phillips, Individually, and in his official capacity as Superintendent of the Poway Unified School District; Scott Fisher, Individually and in his official capacity as Principal of Poway High School; Lynell Antrim, Individually and in her official capacity as Assistant Principal of Poway High School; Ed Giles, Individually and in his official capacity as Vice Principal of Poway High School; David Lemaster, Individually and in his official capacity as Teacher of Poway High School; Does 1 through 20, Inclusive, Defendants–Appellees.

No. 04–57037.

United States Court of Appeals, Ninth Circuit.

Filed April 23, 2007.

Benjamin W. Bull, Esq., Alliance Defense Fund, Scottsdale, AZ, Kevin Theriot, Esq., Alliance Defense Fund, Leawood, KS, Timothy Chandler, Folsom, CA, Robert H. Tyler, Esq., Advocates for Faith and Freedom, Temecula, CA, for Plaintiffs–Appellants.

Paul V. Carelli, IV, Esq., Jack M. Sleeth, Jr., Esq., Stutz Gallagher & Arti-

ano, San Diego, CA, for Defendants–Appellees.

Before STEPHEN REINHARDT, ALEX KOZINSKI, and SIDNEY R. THOMAS, Circuit Judges.

## ORDER

Pursuant to the instructions of the Supreme Court, plaintiff Tyler Chase Harper's appeal is dismissed as moot.

**Eric BATES; Bert Enos; Babaranti Oloyede; Eric Bumbala; Edward Williams, on behalf of themselves and all others similarly situated, Plaintiffs–Appellees,**

v.

**UNITED PARCEL SERVICE, INC., dba UPS, Defendant–Appellant.**

No. 04–17295.

United States Court of Appeals, Ninth Circuit.

April 24, 2007.

Caroline A. Jacobs, Esq., Oakland, CA, Guy B. Wallace, Esq., Todd M. Schneider, Schneider & Wallace, San Francisco, CA,

Laurence W. Paradis, Esq., Disability Rights Advocates, Berkeley, CA, for Plaintiffs–Appellees.

Mark A. Perry, Esq., Christopher J. Martin, Esq., Susan B. Burr, Esq., Rachel A. Clark, Esq, Gibson Dunn & Crutcher, LLP, Washington, DC, for Defendant–Appellant.

## ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Blaine Travis FIFIELD, Defendant– Appellant.**

No. 06–30171.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2007 *.

Filed May 7, 2007.

---

1. Judge Wardlaw is recused.

* The panel unanimously finds this case appropriate for decision without oral argument. See Fed. R.App. P. 34(a)(2)(C).